RAY, for the use of MOON *vs.* WINLOCK HALL.

Justices of the peace must certify in the record to the qualification of referees.

CERTIORARI to justice. Trial by referees, report and judgment thereon.

Exception. That it does not appear that the referees were duly sworn.

The record did not otherwise allude to the qualification of the referees than by the usual expression in the *report* "we the referees after having been duly qualified," &c.

*Per Cur.* The proceedings must be reversed. It should appear from the record of the *justice* that he had sworn the referees, and should not be left to inference from their report. *Sec.* 6, *Dig.* 333.

Judgment reversed.